1 | DAVID T. DIBIASE (Bar No. 56883)
dtd@amclaw.com
2 | DAVID J. BILLINGS (Bar No. 175383)
djb@amclaw.com
3 | ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
4 | 444 South Flower Street
Los Angeles, California 90071-2901
5 | TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

6 | Attorneys for Defendants GULF UNDERWRITERS INSURANCE
COMPANY, THE TRAVELERS INDEMNITY COMPANY, on its behalf
7 | and as successor in interest by merger to GULF INSURANCE
COMPANY, and THE TRAVELERS COMPANIES, INC., erroneously
8 | named as defendant "THE TRAVELER'S COMPANY INC."



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

ELWYN PATOC, ERIC PATOC,
ELVY PATOC, EDWARD PATOC,

Plaintiffs,

vs.

LEXINGTON INSURANCE
COMPANY, GULF UNDERWRITERS
INSURANCE COMPANY, GULF
INSURANCE COMPANY, THE
TRAVELER'S COMPANY, INC., THE
TRAVELER'S INDEMNITY
COMPANY and DOES 1 - 100,

Defendants.

Case No. C08 01893 

CONSENT TO REMOVAL

Defendant LEXINGTON INSURANCE COMPANY hereby consents to the Removal of the above-captioned action entitled *Elwyn Patoc, et al. v. Lexington*

///
///
///
///
///
///

673340.1 2985.421

CONSENT TO REMOVAL



1 *Insurance Company, et al.* commenced in the Superior Court of the State of
2 California for the County of Monterey, case number M89054.

4 DATED: March 31, 2008            McCURDY & FULLER, LLP

6                                  By: *Elisabeth Baum*
                                       Kevin McCurdy
                                       Elisabeth Baum
                                       Attorneys for Defendant LEXINGTON
                                       INSURANCE COMPANY

10 DATED: March 31, 2008            ANDERSON, McPHARLIN & CONNERS LLP

12                                 By: *David J. Billings*
                                       David T. DiBiase
                                       David J. Billings
                                       Attorneys for Defendants GULF
                                       UNDERWRITERS INSURANCE COMPANY,
                                       THE TRAVELERS INDEMNITY COMPANY,
                                       on its behalf and as successor in interest by
                                       merger to GULF INSURANCE COMPANY,
                                       and THE TRAVELERS COMPANIES, INC.,
                                       erroneously named as defendant "THE
                                       TRAVELER'S COMPANY INC."

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

673340.1 2985.421

2
CONSENT TO REMOVAL