E-FILING

FILED
2008 APR -9 A 11: 04
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  DAVID T. DIBIASE (Bar No. 56883)
     dtd@amclaw.com
2  DAVID J. BILLINGS (Bar No. 175383)
     djb@amclaw.com
3  ANDERSON, McPHARLIN & CONNERS LLP
   Thirty-First Floor
4  444 South Flower Street
   Los Angeles, California 90071-2901
5  TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

6  Attorneys for Defendants GULF UNDERWRITERS INSURANCE
   COMPANY, THE TRAVELERS INDEMNITY COMPANY, on its behalf
7  and as successor in interest by merger to GULF INSURANCE
   COMPANY, and THE TRAVELERS COMPANIES, INC., erroneously
8  named as defendant "THE TRAVELER'S COMPANY INC."

9                  UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12  ELWYN PATOC; ERIC PATOC;        Case No. C08 01893 PVT
    ELVY PATOC; EDWARD PATOC,
13                                  CERTIFICATE OF INTERESTED
              Plaintiffs,           ENTITIES OR PERSONS
14
         vs.                        [Local Rule 3-16]
15
    LEXINGTON INSURANCE
16  COMPANY; GULF
    UNDERWRITERS INSURANCE
17  COMPANY; GULF INSURANCE
    COMPANY; THE TRAVELER'S
18  COMPANY, INC.; THE TRAVELER'S
    INDEMNITY COMPANY; and
19  DOES 1 – 100,

20            Defendants.

21

22  TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

23       Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for GULF

24  UNDERWRITERS INSURANCE COMPANY ("GULF"), TRAVELERS

25  INDEMNITY COMPANY, on its behalf and as successor in interest by merger to

26  Gulf Insurance Company ("TRAVELERS") and THE TRAVELERS COMPANIES,

27  INC. erroneously named herein as The Traveler's Company,. Inc., certifies that the

28  following listed persons, associations of persons, firms, partnerships, corporations

674176.1 2985.421

CERTIFICATE OF INTERESTED PARTIES



1  (including parent corporations) or other entities (i) have a financial interest in the
2  subject matter in controversy or in a party to the proceeding, or (ii) have a non-
3  financial interest in that subject matter or in a party that could be substantially
4  affected by the outcome of this proceeding:

5      Gulf Underwriters Insurance Company is a wholly-owned subsidiary of The
6  Travelers Indemnity Company, which is a wholly-owned subsidiary of Travelers
7  Insurance Group Holdings, Inc., which is a wholly-owned subsidiary of Travelers
8  Property Casualty Corp., which is a wholly-owned subsidiary of The Travelers
9  Companies, Inc., a public company.

11  DATED: April 8, 2008                ANDERSON, McPHARLIN & CONNERS LLP

                                        By: _____
                                            David T. DiBiase
                                            David J. Billings
                                        Attorneys for Defendants GULF
                                        UNDERWRITERS INSURANCE COMPANY,
                                        THE TRAVELERS INDEMNITY COMPANY,
                                        on its behalf and as successor in interest by
                                        merger to GULF INSURANCE COMPANY, and
                                        THE TRAVELERS COMPANIES, INC.,
                                        erroneously named as defendant "THE
                                        TRAVELER'S COMPANY INC."

674176.1 2985.421

2
CERTIFICATE OF INTERESTED PARTIES