UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELWYN PATOC; ERIC PATOC;
ELVY PATOC and EDWARD PATOC

Plaintiff(s),

v.

LEXINGTON INSURANCE COMPANY;
ET AL.

Defendant(s).

No. C 08 01893 PVT

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 9, 2008

Signature /s/ Ken Melundy

Counsel for Lexington Ins. Company
(Plaintiff, Defendant, or indicate "pro se")

## PROOF OF SERVICE

*Elwyn Patoc, et al. v. Lexington Insurance Company, et al.*
**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**C08 01893 PVT**

I am a citizen of the United States. My business address is 4300 Bohannon Drive, Suite 240, Menlo Park, California 94025. I am employed in the county of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

Addressed to the following recipients:

**SEE ATTACHED SERVICE LIST**

____ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

_X_ (BY MAIL) I caused such envelope(s) with postage paid thereon fully prepaid to be placed in the United States mail at Menlo Park, California.

____ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand on this date to the offices listed on the service list by 5:00 p.m.

_X_ (BY ELECTRONIC SUBMISSION) I caused such document to be submitted electronically to the United States District Court – Northern District to be posted to the website with notice given to all parties that document was served.

_X_ (Federal) I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 9, 2008, at Menlo Park, California

*/s/ Danielle Torres*
Danielle Torres

McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, CA 94025
(650) 618-3500

27910

## SERVICE LIST

*Elwyn Patoc, et al. v. Lexington Insurance Company, et al.*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
C08 01893 PVT

| | |
|---|---|
| Stephen Curtis Ball, Esq.<br>John Alan Roberts, Esq.<br>Ball Hulbert & Roberts<br>20 N Raymond Ave., Suite 350<br>Pasadena, CA 91103 | |
| David T. DiBiase, Esq.<br>David J. Billings, Esq.<br>Anderson, McPharlin & Conners LLP<br>Thirty-First Floor<br>444 South Flower Street<br>Los Angeles, CA 90071-2901<br>Fax: (213) 622-7594<br>E-mail: dtd@amclaw.com<br>E-mail: djb@amclaw.com | Gulf Underwriters Insurance Company; The Travelers Indemnity Company, on its behalf and as successor in interest by merger to Gulf Insurance Company; and The Travelers Companies, Inc., erroneously named as defendant The Traveler's Company Inc. (Defendants) |
| Denise Jarman<br>102 E Street<br>Davis, CA 95616 | |

McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, CA 94025
(650) 618-3500

27910

- 3 -

PROOF OF SERVICE