1  **UNITED STATES DISTRICT COURT**
2  **NORTHERN DISTRICT OF CALIFORNIA**
3  **SAN JOSE DIVISION**
4
5  **ELWYN PATOC, ET AL.,**                    **C 08-1893 PVT**
6                                              **CLERK'S NOTICE OF**
         **Plaintiff(s),**                     **IMPENDING REASSIGNMENT**
7                                              **TO A UNITED STATES**
                                                **DISTRICT JUDGE**
8  **VS.**
9
10 **LEXINGTON INSURANCE COMPANY, ET AL.,**
         **Defendant(s).**
11 _____

12       The Clerk of this Court will now randomly reassign this case to a United
13 States District Judge because one or more of the parties has requested reassignment to
14 a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.
15       PLEASE TAKE NOTICE that a Case Management Conference in the above-
16 entitled matter which was previously set for Juy 29, 2008 before the Honorable
17 Judge Patricia V. Trumbull has been continued **to August 8, 2008 at 10:30 a.m.,**
18 before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th
19 floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to
20 submit a Joint Case Management Statement on or before April 20, 2007.
21       If the above-entitled matter settles counsel are required to notify the Court
22 by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off
23 calendar.
24
25 Dated: April 10, 2008                       RICHARD W. WIEKING,
                                                Clerk of Court
                                                /s/ Corinne Lew
26                                              _____
27                                              Corinne Lew
                                                Deputy Clerk
28