**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **ELWYN PATOC, ET AL.,**<br><br>　　　　　**Plaintiff(s),**<br><br>**VS.**<br><br>**LEXINGTON INSURANCE COMPANY, ET AL.,**<br><br>　　　　　**Defendant(s).** | **C 08-1893 PVT**<br>**AMENDED**<br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

　　　　PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for Juy 29, 2008 before the Honorable Judge Patricia V. Trumbull has been continued **to August 8, 2008 at 10:30 a.m.,** before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before August 1, 2008.

　　　　If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: April 10, 2008　　　　　　　　　　　RICHARD W. WIEKING,
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　/s/ Corinne Lew

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Corinne Lew
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk