**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**April 10, 2008**

CASE NUMBER:  CV 08-01893 PVT
CASE TITLE:  ELWYN PATOC, ET AL.-v-LEXINGTON INSURANCE COMPANY, ET AL.

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/10/2008

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:    4/1-/2008

Copies to: Courtroom Deputies  4/10/2008          Special Projects
Log Book Noted                 4/10/2008          Entered in Computer  4/10/2008

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel        4/10/2008          Transferor CSA       4/10/2008