KEVIN G. McCURDY (SBN 115083)
ELISABETH H. BAUM (SBN 183816)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Phone: (650) 618-3500
Fax: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: elisabeth.baum@mccurdylawyers.com

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ELWYN PATOC, ERIC PATOC, ELVY PATOC, EDWARD PATOC,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, GULF UNDERWRITERS INSURANCE COMPNAY, GULF INSURANCE COMPANY, THE TRAVELER'S COMPANY, INC., THE TRAVELER'S INDEMNITY COMPANY and DOES 1-100,<br><br>Defendants. | Case No.: C08 01893 RMW<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(b)(6)**<br><br>Date: **May 23, 2008**<br>Time: **9:00 a.m.**<br>Ctrm: **6, 4th Floor**<br>Judge: **Ronald M. Whyte** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that on May 23, 2008 at 9:00 a.m. in the above-captioned Court, or as soon thereafter as the matter may be heard, defendant Lexington Insurance Company ("Lexington") will move this Court for an order dismissing without prejudice plaintiffs' complaint the above-entitled action.

This motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that the plaintiffs' complaint fails to state a claim upon which relief may be granted. This motion is based on this notice and the accompanying memorandum of points and authorities,

27918                                    - 1 -

1 all pleadings and papers on file in this action, and any other matter of which the Court may take
2 notice at the hearing of this motion.

4 Dated:  April 15, 2008                                             McCURDY & FULLER, LLP

*/Kevin G. McCurdy/*
KEVIN G. McCURDY
ELISABETH H. BAUM
Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA  94025
(650) 618-3500

27918

- 2 -

**Notice of Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6)**
**CV08 01893 PVT**