KEVIN G. McCURDY (SBN 115083)
ELISABETH H. BAUM (SBN 183816)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone:  (650) 618-3500
Facsimile:  (650) 618-3599
E-mail:  kevin.mccurdy@mccurdylawyers.com
E-mail:  elisabeth.baum@mccurdylawyers.com

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ELWYN PATOC, ERIC PATOC, ELVY PATOC, EDWARD PATOC, <br><br> Plaintiffs, <br><br> vs. <br><br> LEXINGTON INSURANCE COMPANY, GULF UNDERWRITERS INSURANCE COMPANY, GULF INSURANCE COMPANY, THE TRAVELER'S COMPANY, INC., THE TRAVELER'S INDEMNITY COMPANY, and DOES 1-100, <br><br> Defendants | Case No.:  C08 01893 RMW <br><br> **DEFENDANT LEXINGTON INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS** <br><br> **Date:    May 23, 2008** <br> **Time:    9:00 a.m.** <br> **Ctrm:    6, 4th Floor** <br> **Judge:   Ronald M. Whyte** |

Pursuant to Rule 201 of the Federal Rules of Evidence, defendant Lexington Insurance Company ("Lexington") requests that the Court take judicial notice of the following:

1.    Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Complaint for Direct Action under Insurance Code §11580, Bad Faith and Breach of Contract, filed on February 8, 2006 in Monterey County Superior Court, case no. M89054 and removed to this Court on April 9, 2008.

/ / /

/ / /

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA  94025
(650) 618-3500

1

Dated:  April 15, 2008                          McCURDY & FULLER, LLP

2

3                                               */Kevin G. McCurdy/*

4                                               KEVIN G. McCURDY

5                                               ELISABETH H. BAUM
                                                Attorneys for Defendant
6                                               LEXINGTON INSURANCE CO.

7

8

9

10

11

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA  94025
(650) 618-3500

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

27767

**Defendant Lexington Insurance Company's Request For Judicial Notice In Support Of Its Motion To Dismiss**