KEVIN G. McCURDY (SBN 115083)
ELISABETH H. BAUM (SBN 183816)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Phone: (650) 618-3500
Fax: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: Elisabeth.baum@mccurdylawyers.com

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ELWYN PATOC, ERIC PATOC, ELVY PATOC, EDWARD PATOC, <br><br> Plaintiffs, <br><br> vs. <br><br> LEXINGTON INSURANCE COMPANY, GULF UNDERWRITERS INSURANCE COMPNAY, GULF INSURANCE COMPANY, THE TRAVELER'S COMPANY, INC., THE COMPANY and DOES 1-100, <br><br> Defendants. | Case No.:  C08 01893 RMW <br><br> **PROOF OF SERVICE** |

27910

- 1 -

**PROOF OF SERVICE**

**PROOF OF SERVICE**

*Elwyn Patoc, et al. v. Lexington Insurance Company, et al.*
**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**C08 01893 RMW**

     I am a citizen of the United States. My business address is 4300 Bohannon Drive, Suite 240, Menlo Park, California 94025. I am employed in the county of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

     On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**SEE ATTACHED LIST OF DOCUMENTS**

Addressed to the following recipients:

**SEE ATTACHED SERVICE LIST**

\_\_\_\_\_ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

\_\_X\_\_ (BY MAIL) I caused such envelope(s) with postage paid thereon fully prepaid to be placed in the United States mail at Menlo Park, California.

\_\_\_\_\_ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand on this date to the offices listed on the service list by 5:00 p.m.

\_\_X\_\_ (BY ELECTRONIC SUBMISSION) I caused such document to be submitted electronically to the United States District Court – Northern District to be posted to the website with notice given to all parties that document was served.

\_\_X\_\_ (Federal) I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 15, 2008, at Menlo Park, California

                                      */Danielle Torres/*
                                      Danielle Torres

McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, CA 94025
(650) 618-3500

# SERVICE LIST

*Elwyn Patoc, et al. v. Lexington Insurance Company, et al.*
**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
C08 01893 PVT**

| | |
|---|---|
| Stephen Curtis Ball, Esq.<br>John Alan Roberts, Esq.<br>Ball Hulbert & Roberts<br>20 N Raymond Ave., Suite 350<br>Pasadena, CA 91103 | |
| David T. DiBiase, Esq.<br>David J. Billings, Esq.<br>Anderson, McPharlin & Conners LLP<br>Thirty-First Floor<br>444 South Flower Street<br>Los Angeles, CA 90071-2901<br>Fax: (213) 622-7594<br>E-mail: dtd@amclaw.com<br>E-mail: djb@amclaw.com | Gulf Underwriters Insurance Company; The Travelers Indemnity Company, on its behalf and as successor in interest by merger to Gulf Insurance Company; and The Travelers Companies, Inc., erroneously named as defendant The Traveler's Company Inc. (Defendants) |
| Denise Jarman<br>102 E Street<br>Davis, CA 95616 | |

McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, CA 94025
(650) 618-3500

27910

- 3 -

**PROOF OF SERVICE**

## LIST OF DOCUMENTS

**NOTICE OF MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(b)(6)**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LEXINGTON INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(b)(6)**

**DEFENDANT LEXINGTON INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

**[PROPOSED] ORDER GRANTING DEFENDANT LEXINGTON INSURANCE COMPANY'S MOTION TO DISMISS**

**PROOF OF SERVICE**

McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, CA 94025
(650) 618-3500

27910

- 4 -

**PROOF OF SERVICE**