1  DAVID T. DIBIASE (Bar No. 56883)
   dtd@amclaw.com
2  DAVID J. BILLINGS (Bar No. 175383)
   djb@amclaw.com
3  ANDERSON, McPHARLIN & CONNERS LLP
  Thirty-First Floor
4  444 South Flower Street
  Los Angeles, California  90071-2901
5  TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

6  **Attorneys for Defendants GULF UNDERWRITERS INSURANCE
  COMPANY, THE TRAVELERS INDEMNITY COMPANY, on its behalf
7  and as successor in interest by merger to GULF INSURANCE
  COMPANY, and THE TRAVELERS COMPANIES, INC., erroneously
8  named as defendant "THE TRAVELER'S COMPANY INC."**

9           UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| | |
|---|---|
| 12  ELWYN PATOC; ERIC PATOC; ELVY PATOC; EDWARD PATOC, | Case No. C08 01893 RMW |
| 13       Plaintiffs, | **PROOF OF SERVICE BY MAIL** |
| 14     vs. | |
| 15  LEXINGTON INSURANCE | Action filed:  April 9, 2008 |
| 16  COMPANY; GULF UNDERWRITERS INSURANCE | **Date:      May 23, 2008** |
| 17  COMPANY; GULF INSURANCE COMPANY; THE TRAVELER'S | **Time:      9:00 a.m.** |
| 18  COMPANY, INC.; THE TRAVELER'S INDEMNITY COMPANY; and | **Place:     Courtroom 6** |
| 19  DOES 1 – 100, | |
| 20      Defendants. | |

21

22

23      I am employed in the County of Los Angeles, State of California.  I am over

24  the age of eighteen years and not a party to the within action; my business address is

25  Thirty-First Floor, 444 South Flower Street, Los Angeles, California 90071-2901.

26      On April 15, 2008, I served the following document(s) described as:

27      (1)  NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS'

28  COMPLAINT AGAINST DEFENDANTS GULF UNDERWRITERS

*(left margin, vertical text)* ANDERSON, McPHARLIN & CONNERS LLP — LAWYERS — 444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR — LOS ANGELES, CALIFORNIA 90071-2901 — TEL (213) 688-0080 • FAX (213) 622-7594

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1  INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY AND

2  THE TRAVELERS COMPANIES, INC.

3      (2)    REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF GULF

4  UNDERWRITERS INSURANCE COMPANY'S MOTION TO DISMISS.

5      (3)    [PROPOSED] ORDER RE: MOTION TO DISMISS

6  on the interested parties in this action by placing true copies thereof enclosed in

7  sealed envelopes addressed as follows:

8  Stephen Curtis Ball, Esq.               Attorneys for Plaintiffs
   John Alan Roberts, Esq.

9     Ball, Hulbert & Roberts
   20 N. Raymond Ave., Suite 350

10 Pasadena, CA  91103

11 Denise Jarman, Esq.              Co-counsel for Plaintiffs
   102 E Street

12 Davis, CA  95616

13

14     **BY MAIL:** I am "readily familiar" with Anderson, McPharlin & Conners'

15 practice for collecting and processing correspondence for mailing with the United

16 States Postal Service.  Under that practice, it would be deposited with the United

17 States Postal Service that same day in the ordinary course of business.  Such

18 envelope(s) were placed for collection and mailing with postage thereon fully

19 prepaid at Los Angeles, California, on that same day following ordinary business

20 practices.

21     I declare under penalty of perjury under the laws of the United States of

22 America that the foregoing is true and correct and that I am employed in the office

23 of a member of the bar of this Court at whose direction the service was made.

24 Executed on April 15, 2008, at Los Angeles, California.

25

26                              Irma L. Raygoza

27

28

676295.1 2985.421                          2                        C08 01893 RMW