1  BALL & ROBERTS
   20 North Raymond Avenue, Suite 350
2  Pasadena, California 91103
   Stephen C. Ball, Esq. – Bar No. 119463
3  Email: sball@pasadenalaw.com
   John A. Roberts, Esq. – Bar No. 185314
4  Email: jroberts@pasadenalaw.com
   Telephone:   (626) 793-2117
5  Facsimile:   (626) 793-3198

6  DENISE JARMAN – Bar No. 88650
   102 E Street
7  Davis, California 95616
   Telephone:   (916) 607-5692
8  Facsimile:   (866) 715-4630
   Attorneys for Plaintiffs Elwyn Patoc, Eric Patoc, Elvy Patoc, Edward Patoc
9

10                     UNITED STATE DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12

13  ELWYN PATOC, ERIC PATOC, ELVY )   CASE NO.:  C08 01893 RMW
    PATOC, EDWARD PATOC            )
14                                 )
                                   )   NOTICE OF CHANGE OF FIRM NAME
15             Plaintiffs,         )
                                   )
16  v.                             )
                                   )
17  LEXINGTON INSURANCE            )
    COMPANY, et al.,               )
18                                 )
               Defendants.         )
19  _____ )

20        TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

21        PLEASE TAKE NOTICE that as of March 1, 2008 the offices of Ball, Hulbert &

22  Roberts will be changing their name to Ball & Roberts.  The address and telephone number

23  will remain the same.

24  DATED: April 24, 2008                    BALL & ROBERTS

25

26
                                             By: _____
27                                               JOHN A. ROBERTS
                                                 Attorneys for Plaintiff
28

---
1
Notice of Change of Firm Name

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed by BALL & ROBERTS in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 20 North Raymond Avenue, Pasadena, California 91103

On April 24, 2008, I served the foregoing document(s) described as Notice of Change of Firm Name on the interested parties in this action as stated on the attached service list as follows:

☑ By placing true copies thereof enclosed in sealed envelope(s) addressed as stated on the attached service list.

☑ BY MAIL (CCP §1013(a)&(b)):

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at 20 North Raymond Avenue, Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY FACSIMILE:
Pursuant to CCP §1013(e) and (f) and CRC Rule 2008, on _____, at approximately _____ I served the above stated document by facsimile from the [Name of Firm] facsimile machine whose phone number is (626) 793-3198 as stated on the attached service list. The facsimile machine used complies with CRC Rule 2003(3). Pursuant to CRC Rule 2008(e) the transmission be facsimile was reported as complete and without error

Executed on April 24, 2008 at Pasadena, California.

☑ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____
Maria Blanco

1

**ATTACHED SERVICE LIST**

| | |
|---|---|
| Kevin G. McCurdy<br>Elisabeth H. Baum<br>McCurdy & Fuller, LLP<br>4300 Bohannon Drive<br>Suite 240<br>Menlo Park, CA 94025<br>Tel: (650) 618-3500<br>Fax: (650) 618-3599<br>Email: kevin.mccurdy@mccurdylawyers.com<br>Email: elisabeth.baum@mccurdylawyers.com<br>ATTORNEY FOR DEFENDANT<br>LEXINGTON INSURANCE COMPANY | David T. Dibiase<br>David J. Billings<br>Anderson, McPharlin & Conners, LLP<br>Thirty-First Floor<br>444 South Flower Street<br>Los Angeles, CA 90071<br>Tel: (213) 688-0080<br>Fax: (213) 622-7594<br>Email: dtd@amclaw.com<br>Email: djb@amclaw.com<br>ATTORNEY FOR DEFENDANTS<br>GULF UNDERWIRTERS INSURANCE<br>COMPANY and THE TRAVELERS<br>INDEMNITY COMPANY, successor in<br>interest by merger to Gulf Insurance<br>Company |