DAVID T. DIBIASE (Bar No. 56883)
  dtd@amclaw.com
DAVID J. BILLINGS (Bar No. 175383)
  djb@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

**Attorneys for Defendants GULF UNDERWRITERS INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY, on its behalf and as successor in interest by merger to GULF INSURANCE COMPANY, and THE TRAVELERS COMPANIES, INC., erroneously named as defendant "THE TRAVELER'S COMPANY INC."**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ELWYN PATOC; ERIC PATOC; ELVY PATOC; EDWARD PATOC,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY; GULF UNDERWRITERS INSURANCE COMPANY; GULF INSURANCE COMPANY; THE TRAVELER'S COMPANY, INC.; THE TRAVELER'S INDEMNITY COMPANY; and DOES 1 – 100,<br><br>Defendants. | Case No. C08 01893 RMW<br><br>**PROOF OF SERVICE BY MAIL**<br><br>Action filed: April 9, 2008<br><br>**Date:** May 23, 2008<br>**Time:** 9:00 a.m.<br>**Place:** Courtroom 6 |

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Thirty-First Floor, 444 South Flower Street, Los Angeles, California 90071-2901.

On May 8, 2008, I served the following document(s) described as:

DEFENDANTS GULF UNDERWRITERS INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY AND THE TRAVELERS COMPANIES,

INC.'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Stephen Curtis Ball, Esq.<br>John Alan Roberts, Esq.<br>Ball & Roberts<br>20 N. Raymond Ave., Suite 350<br>Pasadena, CA 91103 | Attorneys for Plaintiffs |
| Denise Jarman, Esq.<br>102 E Street<br>Davis, CA 95616 | Co-counsel for Plaintiffs |

**BY MAIL:** I am "readily familiar" with Anderson, McPharlin & Conners' practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on May 8, 2008, at Los Angeles, California.

_Irma L. Raygoza_
Irma L. Raygoza