1  KEVIN G. McCURDY (SBN 115083)
   ELISABETH H. BAUM (SBN 183816)
2  McCURDY & FULLER LLP
   4300 Bohannon Drive, Suite 240
3  Menlo Park, California 94025
   Phone: (650) 618-3500
4  Fax: (650) 618-3599
   E-mail: kevin.mccurdy@mccurdylawyers.com
5  E-mail: Elisabeth.baum@mccurdylawyers.com

6  Attorneys for Defendant
   LEXINGTON INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11
   ELWYN PATOC, ERIC PATOC, ELVY          Case No.:  C08 01893 RMW
12 PATOC, EDWARD PATOC,

13          Plaintiffs,
                                          **PROOF OF SERVICE**
14      vs.

15 LEXINGTON INSURANCE COMPANY,
   GULF UNDERWRITERS INSURANCE
16 COMPNAY, GULF INSURANCE
   COMPANY, THE TRAVELER'S COMPANY,
17 INC., THE COMPANY and DOES 1-100,

18          Defendants.

19

20

21

22

23

24

25

26

27

28

McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, CA 94025
(650) 618-3500

27910                          - 1 -
                        **PROOF OF SERVICE**

**PROOF OF SERVICE**

*Elwyn Patoc, et al. v. Lexington Insurance Company, et al.*
**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
C08 01893 RMW**

I am a citizen of the United States. My business address is 4300 Bohannon Drive, Suite 240, Menlo Park, California 94025. I am employed in the county of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LEXINGTON INSURANCE COMPANY'S REPLY TO OPPOSITION TO MOTION TO DISMISS**

**PROOF OF SERVICE**

Addressed to the following recipients:

**SEE ATTACHED SERVICE LIST**

_____ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

__X__ (BY MAIL) I caused such envelope(s) with postage paid thereon fully prepaid to be placed in the United States mail at Menlo Park, California.

_____ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand on this date to the offices listed on the service list by 5:00 p.m.

__X__ (BY ELECTRONIC SUBMISSION) I caused such document to be submitted electronically to the United States District Court – Northern District to be posted to the website with notice given to all parties that document was served.

__X__ (Federal) I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 8, 2008, at Menlo Park, California

*/Lena S. Nielsen/*_____
Lena S. Nielsen

McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, CA 94025
(650) 618-3500

27910

## SERVICE LIST

*Elwyn Patoc, et al. v. Lexington Insurance Company, et al.*
**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**C08 01893 PVT**

| | |
|---|---|
| Stephen Curtis Ball, Esq.<br>John Alan Roberts, Esq.<br>Ball & Roberts<br>20 N Raymond Ave., Suite 350<br>Pasadena, CA 91103 | Elwyn Patoc; Eric Patoc; Elvy Patoc and Edward Patoc<br>(Plaintiffs) |
| Denise Jarman, Esq.<br>102 E Street<br>Davis, CA 95616<br>Fax: (866) 715-4630 | Elwyn Patoc; Eric Patoc; Elvy Patoc and Edward Patoc<br>(Plaintiffs) |
| David T. DiBiase, Esq.<br>David J. Billings, Esq.<br>Anderson, McPharlin & Conners LLP<br>Thirty-First Floor<br>444 South Flower Street<br>Los Angeles, CA 90071-2901<br>Fax: (213) 622-7594<br>E-mail: dtd@amclaw.com<br>E-mail: djb@amclaw.com | Gulf Underwriters Insurance Company; The Travelers Indemnity Company, on its behalf and as successor in interest by merger to Gulf Insurance Company; and The Travelers Companies, Inc., erroneously named as defendant The Traveler's Company Inc.<br>(Defendants) |
| | |

McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, CA 94025
(650) 618-3500

27910

- 3 -

**PROOF OF SERVICE**