UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

CIVIL MINUTES

DATE: May 23, 2008

Case No. C-08-01893-RMW   JUDGE: Ronald M. Whyte

ELWYN PATOC, et al.   -V- LEXINGTON INSURANCE CO,, et al.
Title

D. Jarman   K. McCurdy, D. Billings
Attorneys Present (Plaintiff)   Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia   COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

DEFENDANT'S MOTION TO DISMISS

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from both sides. The court finds that Gulf's statement that "The argument that there was another when the driver failed to seek medical attention has been rejected by California courts" to be misleading. It appears to the court there is only one accident. The only cite Gulf offers for support of this statement is Gilmer v. State Farm Mut. Ins. Co.,which expressly left issue open. The brief fails to point this out to the court. The Court took this matter under submission. The matter is deemed submitted.