**BALL & ROBERTS**
20 North Raymond Avenue, Suite 350
Pasadena, California 91103
Stephen C. Ball, Esq. – Bar No. 119463
Email: sball@pasadenalaw.com
John A. Roberts, Esq. – Bar No. 185314
Email: jroberts@pasadenalaw.com
Telephone:   (626) 793-2117
Facsimile:   (626) 793-3198

DENISE JARMAN – Bar No. 88650
102 E Street
Davis, California 95616
Telephone:   (916) 607-5692
Facsimile:   (866) 715-4630
Email: jarmandenny@yahoo.com
Attorneys for Plaintiffs Elwyn Patoc, Eric Patoc, Elvy Patoc, Edward Patoc

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ELWYN PATOC, ERIC PATOC, ELVY PATOC, EDWARD PATOC<br><br>  Plaintiffs<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, et al.,<br><br>  Defendants. | CASE NO.: C08 01893 RMW<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Place: Courtroom 6<br>Judge: Hon. Ronald M. Whyte |

Current Initial Case Management Conference Date: August 8, 2008, 10:30 a.m.

Current Joint Case Management Statement Due Date: August 1, 2008

Trial Date: None Assigned

It is **HEREBY STIPULATED** by and between plaintiffs Elwyn Patoc, Eric Patoc, Elvy Patoc, Edward Patoc, and defendant Lexington Insurance Co., and defendants Gulf Underwriters Insurance Company, The Travelers Indemnity Company, on behalf of itself and as successor in interest by merger to Gulf Insurance Company, and The Travelers Companies, Inc., erroneously named as The Traveler's Company, Inc., through their respective attorneys of record, that:

1. The new date for the Initial Case Management Conference be set for September 19, 2008, or to another date as deemed appropriate by the Court.

2. The new deadline for submission of the Joint Case Management Statement be set for September 12, 2008, or in accordance with the new Initial Case Management Conference date.

Good cause exists for the requested continuance. On April 15, 2008, the defendants to this action each filed Motions to Dismiss, pursuant to F.R.C.P. Rule 12(b)(6). The hearing on the motions took place on May 23, 2008 before Hon. Ronald M. Whyte and the matter was taken under submission. As of the date of this stipulation, the matter was still under submission. As the outcome of the motion could result in the dismissal of the entire action to some or all of the defendants, the parties believe that it is in the best interests of all concerned that the Initial Case Management Conference date be extended as set forth above. The parties further believe that a continuance is in order to avoid all parties incurring further expense in connection with preparing this case for further proceedings, and for this court to avoid expending resources relating to case management.

**IT IS SO STIPULATED**

DATED: July ___, 2008                BALL & ROBERTS

                                     By: _____
                                     JOHN A. ROBERTS
                                     Attorneys for Plaintiffs
                                     Elwyn Patoc, Eric Patoc, Elvy Patoc,
                                     Edward Patoc

DATED: July 8, 2008                  MCCURDY & FULLER, LLP

                                     By: _____
                                     KEVIN G. MCCURDY
                                     Attorneys for Defendant
                                     Lexington Insurance Company

---

STIPLUATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | DATED: July _8_, 2008 | ANDERSON, MCPHARLIN & CONNERS, LLP |

By: /s/ David J. Billings
DAVID J. BILLINGS
Attorneys for Defendants Gulf Underwriters Insurance Company, The Travelers Indemnity Company, on behalf of itself and as successor in interest by merger to Gulf Insurance Company, and The Travelers Companies, Inc., erroneously named herein as The Traveler's Company, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

That the Initial Case Management Conference currently set for August 8, 2008, be set for September 19, 2008 and the deadline for submission of Joint Case Management Statement currently set for August 1, 2008, be set for September 12, 2008. The Initial Case Management Conference currently set for August 8, 2008, is hereby vacated.

DATE:_____

_____
Ronald M. Whyte
United States District Court Judge

---

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

# PROOF OF SERVICE

*Elwyn Patoc, et al., v. Lexington Insurance Company, et al.,*
**UNITED STATES DISTRICT COURT NOTHERN DISTRIC OF CALIFORNIA
SAN JOSE DIVISION
C08 01893 RMW**

I am employed by BALL & ROBERTS in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 20 North Raymond Avenue, Pasadena, California 91103

On July 8, 2008, I served the foregoing document(s) described as STIPLUATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE on the interested parties in this action as stated on the attached service list as follows:

☑ By placing true copies thereof enclosed in sealed envelope(s) addressed as stated on the attached service list.

☐ BY HAND DELIVERY/PERSONAL SERVICE (CCP §§1011,et seq.): I caused said document(s) to be personally delivered by a courier to each addressee.

☑ BY MAIL (CCP §1013(a)&(b)):

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at 20 North Raymond Avenue, Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY FEDERAL EXPRESS (CCP §1013(c)&(d) ):

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing via Federal Express. Under that practice such envelope(s) would be deposited at an authorized Federal Express "drop off" box on that same day with delivery fees fully provided for at 20 North Raymond Avenue, Pasadena, California, in the ordinary course of business.

☐ BY FACSIMILE: by transmitting via facsimile the document(s) listed above to the fax number(s) se forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☑ BY ELECTRONIC SUBMISSION: I caused such document to be submitted electronically to the United State District Court-Northern District to be posted to the website with notice give to tall parties that document was served.

Executed on July 8, 2008 at Pasadena, California.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑ (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____
Maria Blanco

**ATTACHED SERVICE LIST**

| | |
|---|---|
| Kevin G. McCurdy<br>Elisabeth H. Baum<br>McCurdy & Fuller, LLP<br>4300 Bohannon Drive<br>Suite 240<br>Menlo Park, CA 94025<br>Tel: (650) 618-3500<br>Fax: (650) 618-3599<br>Email: kevin.mccurdy@mccurdylawyers.com<br>Email: elisabeth.baum@mccurdylawyers.com<br>ATTORNEY FOR DEFENDANT<br>LEXINGTON INSURANCE COMPANY | David T. Dibiase<br>David J. Billings<br>Anderson, McPharlin & Conners, LLP<br>Thirty-First Floor<br>444 South Flower Street<br>Los Angeles, CA 90071<br>Tel: (213) 688-0080<br>Fax: (213) 622-7594<br>Email: dtd@amclaw.com<br>Email: djb@amclaw.com<br>ATTORNEY FOR DEFENDANTS<br>GULF UNDERWRITERS INSURANCE<br>COMPANY and THE TRAVELERS<br>INDEMNITY COMPANY, successor in<br>interest by merger to Gulf Insurance<br>Company |