**E-FILED on** 08/08/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELWYN PATOC, ERIC PATOC, ELVY PATOC, EDWARD PATOC, | Case No. 08-01893 RMW (PVT) |
| Plaintiffs, | JUDGMENT |
| v. | |
| LEXINGTON INSURANCE COMPANY, GULF UNDERWRITERS INSURANCE COMPANY, THE TRAVELERS'S COMPANY, INC., THE TRAVELER'S INDEMNITY COMPANY, and DOES 1-100 | |
| Defendant. | |

Defendants' motions to dismiss were heard on May 23, 2008. The evidence and arguments having been considered and a decision having been rendered, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of all Defendants. The Clerk shall close the file.

DATE: August 7, 2008

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. CV-08-01893 RMW (PVT)
JSS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Stephen C. Ball            sball@pasadenalaw.com

Denise Jarman             jarmandenny@yahoo.com

**Counsel for Defendants:**

David T. Dibiase          djb@amclaw.com

Kevin McCurdy            kevin.mccurdy@mccurdylawyers.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 08/08/08                                                              JSS
                                                                   **Chambers of Judge Whyte**

JUDGMENT
No. CV-08-01893 RMW (PVT)
JSS                                              2